LUEBKE, Respondent, vs. DANAHER and wife, Appellants.

*April 2—May 8, 1928.*

*Appeal and error: Affirmance by divided court.*

Where the Justices of this court are equally divided in opinion
, upon the question involved in an appeal, the judgment ap-
pealed from will be affirmed.

APPEAL from a judgment of the circuit court for Mil-
waukee county: GUSTAVE G. GEHRZ, Circuit Judge.  *Af-
firmed.*

Action begun September 4, 1926; judgment entered
July 14, 1927.  Action for specific performance.  Judgment
in favor of the plaintiff, from which defendants appeal.

For the appellants there was a brief by *Roehr & Stein-
metz* of Milwaukee, and oral argument by *Chris Steinmetz.*

*H. H. Bodenstab* of Milwaukee, for the respondent.

ROSENBERRY, J.  Those participating in the decision of
this case are equally divided in opinion as to whether the
judgment should be affirmed or reversed.  Under such cir-
cumstances the judgment must of necessity be affirmed in
accordance with the rule.

*By the Court.*—Judgment affirmed.